The State of Flordia by J. B. Whitfield, Attorney-General, Appellant, v. E. R. Marsh and George H. Matheny, Appellees.

Division B.

Appeal from Circuit Court, Manatee county; Joseph B. Wall, Judge.

*Victor H. Knight* (with whom was *E. B. Drumright* on the brief), for Appellant.

No appearance for Appellees.

There being no proof of service of the appeal herein by recording the entry thereof in the chancery order book or otherwise, and the appellee not having appeared voluntarily, and the court being without jurisdiction of the person of the appellee, the appeal is dismissed.

Decision Per Curiam.